UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>                Plaintiffs,<br><br>      v.<br><br>THE GEORGETOWN SYNAGOGUE –<br>KESHER ISRAEL CONGREGATION, *et al.*,<br><br>                Defendants. | Case: 1:16-cv-01845  Jury Demand)<br>Assigned To : Jackson, Amy Berman<br>Assign. Date : 9/15/2016<br>Description: PI/Malpractice (B Deck) |

## ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBIT A AND MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS

Upon consideration of Plaintiffs' Motion to Seal Exhibit A and Motion for Leave to Proceed Under Pseudonyms, it is this 15th day of September hereby

**ORDERED** that Plaintiffs' Motion to Seal Exhibit A to Plaintiffs' Motion for Leave to Proceed under Pseudonyms is **GRANTED**. It is further

**ORDERED** that Plaintiffs' Motion for Leave to Proceed Under Pseudonyms is **GRANTED**. It is further

**ORDERED** that any future documents referring to the Plaintiffs listed in Exhibit A by their actual name be filed under seal, with redacted copies filed on the public docket, and that, for all records filed with the Court, Plaintiffs' addresses shall be listed as either Jane Doe, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, Jane Doe 7, Jane Doe 8, Jane Doe 9, Jane Doe 10, Jane Doe 11, Jane Doe 12, Jane Doe 13, Jane Doe 14, Jane Doe 15, Jane Doe 16, Jane Doe 17, Jane Doe 18, Jane Doe 19, Jane Doe 20, Jane Doe 21, Jane Doe 22, Jane Doe 23, Jane Doe 24, or Jane Doe 25, c/o Silverman|Thompson|Slutkin|White, LLC, 201 N Charles Street, Suite 2600, Baltimore, MD 21201.

1

**SO ORDERED.**

Date: September 15, 2016

_____
BERYL A. HOWELL
Chief Judge